UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALPHA TECHNOLOGY U.S.A.
CORPORATION, d/b/a FUTURECOW

CASE NO.: 6:17-CV-01000-GAP-DCI

  Plaintiff,

v.

NORTHERN DAIRY EQUIPMENT, LTD.,

  Defendant.
_____/

**RESPONSE TO DEFENDANT'S STIPULATION TO TRANSFER OF MATTER TO EASTERN DISTRICT OF MICHIGAN**

  ALPHA TECHNOLOGY U.S.A. CORPORATION, d/b/a FUTURECOW ("FutureCow"), by and through its undersigned attorneys, hereby files this Response to Defendant NORTHERN DAIRY EQUIPMENT, LTD.'s ("NDE") Stipulation to Transfer of Matter to Eastern District of Michigan (Doc. 37) and states as follows:

  1. An evidentiary hearing is presently scheduled for November 29, 2017 to address NDE's Motion to Dismiss (Doc. 16) and FutureCow's Response in Opposition to Motion to Dismiss or in the alternative Plaintiff's Request for Transfer (Doc. 20).

  2. As noted by the Court in footnote 1 of the Order setting the hearing (Doc. 32), the affidavits and other submissions concerning jurisdiction contain "bizarre gaps" and were not helpful to the Court in resolving the jurisdiction dispute.

  3. Plaintiff has been diligently preparing for the hearing, including preparing evidence and exhibits showing NDE's contacts with the various states NDE disclosed in its submissions.

  4. Plaintiff has also reviewed the Declaration Responding to Court's Questions (Doc. 36) and has been preparing rebuttal evidence based on inaccuracies in that Declaration, including inaccuracies which conflict with NDE's prior submissions.

5. FutureCow's preparation has led to additional evidence of NDE's contacts within the United States, including evidence of sales into the United States, including Wisconsin, post-issuance of the patents.

6. As stated above, this additional evidence shines light on even more inconsistencies in the various NDE and Wiggans submissions, and FutureCow fully intends to present this evidence at the hearing on November 29, 2017, including asking Mr. Wiggans about the evidence via his live, sworn testimony.

7. However, NDE has now filed a "stipulation" in an attempt to avoid the November 29, 2017 hearing. *See* Doc. 37 at ¶ 4.

8. The Stipulation states that "NDE's undersigned counsel confirmed NDE's stipulation to transfer to the Eastern District of Michigan to ALPHA's counsel on November 16, 2017." Doc. 37 at ¶ 5.

9. In reality, NDE counsel's November 16, 2017 email declined to stipulate to transfer to Wisconsin. He then stated, "We would, however, agree to transfer the case to the Eastern District of Michigan. Please advise of your position on such transfer." As the Stipulation noted, FutureCow's counsel declined the offer to transfer to Michigan. A copy of this email will be available at the hearing.

10. FutureCow intends to, and is entitled to, question Mr. Wiggans about the inconsistencies in his and NDE's submissions. FutureCow cannot simply take his word that no post-issuance sales occurred in Wisconsin (Doc. 36 at Question 2) in the face of his prior word that "Most of NDE's sales are in the State of Wisconsin" (Doc. 16-2 at ¶ 6). These inconsistencies and ambiguities are the very reason for the evidentiary hearing.

11. While this Response may not be necessary, in an abundance of caution, FutureCow wanted to inform the Court that FutureCow intends to be present at the November 29, 2017 hearing and that FutureCow has not consented or otherwise stipulated to this case being heard or transferred anywhere other than the Middle District of Florida or the Eastern District of Wisconsin. If Mr. Wiggans believes that Michigan is the proper location for this case, we welcome his November 29, 2017 testimony as to why.

DATED this 21st day of November, 2017.

        Respectfully submitted,

        Beusse Wolter Sanks & Maire, PLLC
        390 North Orange Avenue, Suite 2500
        Orlando, Florida  32801
        Telephone: (407) 926-7716
        Facsimile: (407) 926-7720
        E-mail: adavis@bwsmiplaw.com
        E-mail: rwolter@bwsmiplaw.com
        Email: kwimberly@bwsmiplaw.com
        Attorneys for Defendant/Plaintiff,
        ALPHA TECHNOLOGY U.S.A.
        CORPORATION, d/b/a FUTURECOW,

        /s/ *Kevin W. Wimberly*
        Amber N. Davis
        Florida Bar No:  0026628
        Robert L. Wolter
        Florida Bar No:  906344
        Kevin W. Wimberly
        Florida Bar No: 0057977

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 21st day of November, 2017 which will send a Notice of Electronic Filing to: Elio F. Martinez, Jr., Esquire, Robert R. Jimenez, Esquire, ESPINOSA MARTINEZ, PL, 1428 Brickell Avenue, Suite 100, Miami, Florida 33131.

        */s/ Kevin W. Wimberly*
        Attorney