**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALPHA TECHNOLOGY U.S.A. CORPORATION,**

        **Plaintiff,**

v.                                                        **Case No:   6:17-cv-1000-Orl-31DCI**

**NORTHERN DAIRY EQUIPMENT, LTD.,**

        **Defendant.**

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulated Notice of Dismissal with Prejudice (Doc. 63), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 3, 2018.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties